IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40764 c/w 97-41251
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD W. MELANCON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No.1:96-CR-130-1 and 1:96-CR-131-1
- - - - - - - - - -
April 16, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Richard W. Melancon appeals his sentences after pleading guilty to two separate indictments charging him with counterfeiting federal reserve notes and possession with intent to distribute cocaine and/or cocaine base. He argues that the district court erred in denying his objection to the two-level increase in his offense level for obstruction of justice and in denying a three-level decrease in his offense level for acceptance of responsibility. We have reviewed the record and the district court's rulings and find no clear error in the district court's

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

findings.  <u>United States v. Storm</u>, 36 F.3d 1289, 1295 (5th Cir. 1994); <u>United States v. Spires</u>, 79 F.3d 464, 467 (5th Cir. 1996). Accordingly, we AFFIRM.